TIMOTHY S. ANDERSON, Ohio Bar No. 0071593
tanderson@littler.com
LITTLER MENDELSON, P.C.
1100 Superior Avenue, 20th Floor
Cleveland, OH 44114
Telephone: 216.696.7600
Facsimile: 216.696.2038

MAGGY M. ATHANASIOUS, Bar No. 252137
mathanasious@littler.com
LITTLER MENDELSON, P.C.
2049 Century Park East, 5th Floor
Los Angeles, CA 90067.3107
Telephone: 310.553.0308
Facsimile: 310.553.5583

ROBERT R. BALL, Bar No. 115410
RobBall@BoiseInc.com
1111 West Jefferson Street, Suite 200
Boise, ID 83799
Telephone: 208.384.7742

Attorneys for Defendants
THARCO PACKAGING, INC., THARCO CONTAINERS, INC., AND BOISE PAPER HOLDINGS, L.L.C.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARLAND WILFONG,<br><br>    Plaintiff,<br><br>v.<br><br>THARCO PACKAGING, INC., THARCO CONTAINERS, INC., BOISE PAPER HOLDINGS, LLC, and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 2:14-CV-04583 R(MRWx)<br><br>**ASSIGNED FOR ALL PURPOSES TO JUDGE MANUEL L. REAL**<br><br>**JUDGMENT GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>DATE:    February 2, 2015<br>TIME:    10:00 a.m.<br>PLACE:   Courtroom 8<br><br>Complaint Filed: May 9, 2014<br>(LOS ANGELES SUPERIOR COURT) |

LITTLER MENDELSON, P.C.
1100 Superior Avenue
20th Floor
Cleveland, OH 44114
216.696.7600

JUDGMENT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARLAND WILFONG,<br><br>        Plaintiff,<br><br>v.<br><br>THARCO PACKAGING, INC., THARCO CONTAINERS, INC., BOISE PAPER HOLDINGS, LLC, and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No. 2:14-CV-04583 R(MRWx)<br><br>**ASSIGNED FOR ALL PURPOSES TO JUDGE MANUEL L. REAL**<br><br>**JUDGMENT**<br><br>Complaint Filed: May 9, 2014<br>(LOS ANGELES SUPERIOR COURT) |

LITTLER MENDELSON, P.C.
1100 Superior Avenue
20th Floor
Cleveland, OH 44114
216.696.7600

JUDGMENT

After full consideration of the papers, evidence, and authorities submitted by the parties and in the Court's files, as well as the parties' oral argument thereon, this Court issued an order granting Defendants Tharco Packaging, Inc., Tharco Containers, Inc., and Boise Paper Holdings, L.L.C.'s Motion for Summary Judgment in its entirety as to Plaintiff Garland Wilfong's claims in this action.

**BASED ON THE FOREGOING, IT IS HEREBY ADJUDGED** that Plaintiff shall take nothing by way of his Complaint and judgment shall be and hereby is entered in Defendants' favor as to all causes of action and claims asserted against them in this action.

**IT IS HEREBY FURTHER ADJUDGED** that Defendants are entitled to recover costs pursuant to Rule 54 of the Federal Rules of Civil Procedure and Central District Local Rule 54-1, *et seq.*

Dated: March 4, 2015

_____
HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

Firmwide:131710013.1 079924.1001

LITTLER MENDELSON, P.C.
1100 Superior Avenue
20th Floor
Cleveland, OH 44114
216.696.7600

2.
JUDGMENT